*Sean McGinn* (signature)

UNCLAIMED DIVIDEND; CHECK
Unsecured dividends returned unclaimed.

ROBERT L. MARRERO
3520 General DeGaulle Drive
Suite 1035
New Orleans, LA 70114

BANK OF AMERICA, N.A.
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
480

DATE: 09/19/07
AMOUNT: ******44,032.91

1843672

PAY TO THE ORDER OF
Clerk of Court
United States Bankruptcy Court
500 Poydras Street, Room 601
New Orleans, LA 70130

CASE NUMBER: 91-11228  K
ESTATE OF Debtor: PUBLIC INVESTORS, INC.

Forty Four Thousand Thirty Two Dollars And 91/100

*Robert L. Marrero*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000480⑈ ⑆111000012⑆ 3753444392⑈

---

Check Number: 480 | Amount: 44,032.91

...ORS, INC.

Trustee: ROBERT L. MARRERO
3520 General DeGaulle Drive
Suite 1035
New Orleans, LA 70114

Unsecured dividends returned unclaimed.

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 222803  — RW
* * C O P Y * *
September 25, 2007
14:14:24

TREASURY REGFUND
91-11228
Debtor.: PUBLIC INVESTORS, INC., A LOUI
Trustee: Robert Marrero
Amount.:        $44,032.91 CH
Check#.: 480

Total-> $44,032.91

FROM: MARRERO

9/25/07
# 44032 91
Deposited to
Treasury 6047BK
on 140 unsecured
creditors.

# ROBERT L. MARRERO, L.L.C.

ATTORNEY AT LAW
3520 GENERAL DEGAULLE DRIVE
SUITE 1035
NEW ORLEANS, LA 70114

TELEPHONE: (504) 366-8025

FACSIMILE: (504) 366-8026
NOTARY PUBLIC

September 21, 2007

R. Marla Hamilton
Clerk of Court
United States Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans, LA 70130-3386

Re: **Public Investors, Inc.**
Case No: **91-11228 "B"**

Dear Ms. Hamilton:

Enclosed please find a check drawn to the order of the United States Bankruptcy Court in amount of $44,032.91, that I present herewith to be deposited into the registry of the Court. These funds represent <u>unclaimed unsecured dividends</u> out of the approved Second Amended Final Account for the above-named and numbered bankruptcy estate. The creditors (listed at the address originally listed on the Claims Register) to whom these monies are due, and the respective amount due thereto, are listed below:

| Creditor's name/address | Claim # | Amount of dividend |
|---|---|---|
| Manie C. Hickman<br>--no address given-- | 191 | 110.50 |
| Maydean & Renee Aymond<br>5516 Jeff Davis<br>Alexandria, LA 71301 | 452 | 490.83 |
| McKinley J. Basco, Jr.<br>Earline Basco<br>3100 Hout Rd.<br>Boyce, LA 71409 | 34 | 913.07 |
| Ezola Terrebonne Bernard<br>Third St.<br>Golden Meadow, LA 70357 | 19 | 350.25 |
| Joyce Laverne Boudreaux<br>15887 Cripple Creek Drive<br>Tyler, TX 75703-6944 | 58 | 181.48 |
| W.A. & Jewel M. Bingaman<br>P. O. Box 707<br>Ball, LA 71405 | 485 | 155.92 |

1

| Name and Address | Number | Amount |
|---|---|---|
| W.A. & Jewel M. Bingaman<br>P. O. Box 707<br>Ball, LA 71405 | 484 | 143.18 |
| W.A. & Jewel M. Bingaman<br>P. O. Box 707<br>Ball, LA 71405 | 483 | 167.52 |
| Euna Mae Bradford & Diane B. Moore<br>11488 St. Lawrence Dr.<br>Baton Rouge, LA 70811 | 189 | 139.60 |
| Alfred & Bernice M. Broussard<br>---no address given--- | 351 | 83.76 |
| Edgar Bryant<br>2809 3rd St.<br>Alexandria, LA 71301 | 62 | 44.96 |
| Josephine P. Cali<br>105 W. 15th<br>Laplace, LA 70068 | 329 | 28.01 |
| Josephine P. Cali<br>105 W. 15th<br>Laplace, LA 70068 | 330 | 27.31 |
| Josephine P. Cali<br>105 W. 15th<br>Laplace, LA 70068 | 331 | 198.56 |
| Josephine P. Cali<br>105 W. 15th<br>Laplace, LA 70068 | 333 | 37.25 |
| Bernard A. Cerniglia<br>1911 Sherwood<br>Monroe, LA 71301 | 579 | 37.03 |
| La Roya Charles<br>523 Carlisle<br>Deridder, LA 70634 | 119 | 34.90 |
| Bennie Mae Chevelier<br>Rt. 1 Box 346A<br>Trout, LA 71371 | 540 | 143.75 |
| A. Lawrence Clegg, Jr. & Dorothy B. Cleg<br>221 South School<br>Pontchatoula, LA 70454 | 450 | 407.17 |
| Annie Cloud<br>408 N. 9th<br>Oakdale, LA 71463 | 259 | 285.89 |
| Jon Paeton Coates<br>P. O. Box 458<br>Columbia, LA 71418 | 3 | 88.12 |
| Geraldine Collins<br>2236 Elliott Street<br>Alexandria, LA 71301 | 421 | 83.76 |
| Marie Daniel for K. M. Daniel<br>5110 Holloway Road<br>Pineville, LA 71360 | 257 | 2,926.87 |
| Albert & Vera Daspit<br>3210 Horseshoe Dr.<br>Alexandria, LA 71201 | 531 | 51.10 |
| Versie Durham<br>Rt-7-Box 38<br>DeRidder, LA 70634 | 60 | 1,793.76 |
| Kenneth & Janet Dutile<br>107 Apache Street<br>New Iberia, LA 70560 | 460 | 27.92 |

| Name & Address | # | Amount |
|---|---|---|
| Dorothy F. Edwards<br>Route 1 Box 188 M<br>Oakdale, LA 71463 | 508 | 78.18 |
| Betty Ivey Fields<br>229 Albert<br>Shreveport, LA 71105 | 461 | 1,047.02 |
| Odelia George<br>1219 Lancaster Drive<br>Alexandria, LA 71301 | 326 | 488.61 |
| Myles K. Goupp, Sr.<br>Ella Goupp<br>8651 Puier Rd.<br>Destrehan, LA 70047 | 245 | 161.48 |
| Shannon Gremillion<br>103 S. Frusha St., Apt. 7<br>Deridder, LA 70634 | 388 | 23.43 |
| Olive D. Guidry<br>515 Engeron St.<br>Houma, LA 70360 | 51 | 73.29 |
| Herman and Ava Harris<br>16670 Tavira Drive<br>Winter Garden, FL 34787 | 296 | 2,163.83 |
| Calvin Hayes, Jr.<br>HC 74 Box 51<br>Effie, TX 71331 | 15 | 76.78 |
| H. E. & Nezda Henderson<br>208 24th Street<br>Alexandria, LA 71301 | 343 | 812.20 |
| Corine S. Hill<br>1118 Melaine Lane<br>West Monroe, LA 71291 | 23 | 111.68 |
| Ferol Ann Wagner Hudspeth<br>7409 Esler Field Road<br>Lot 6 LA 71342<br>Pineville, LA 71360-3746 | 464 | 195.18 |
| Doris D. Ivy<br>8155 Jefferson<br>Apt. 1108<br>Baton Rouge, LA 70809 | 263 | 365.68 |
| Doris D. Ivy<br>P. O. Box 13482<br>Alexandria, LA 71315-3482 | 291 | 379.03 |
| Mary Ann Jambon<br>752 Pailet Ave.<br>Harvey, LA 70058 | 77 | 333.69 |
| Nicole D. Jarrell<br>HC 65, Box 86<br>Center Point, LA 71323 | 386 | 13.96 |
| Robert W. Guree & Edna C. Kimbrell<br>---no address given--- | 18 | 69.80 |
| Joan S. Jones<br>Route 3, Box 205<br>Coushatta, LA 71019 | 16 | 1,151.44 |
| Howard F. Kirklin & Rubye L. Kirklin<br>100 Kirklin Dr.<br>Montgomery, LA 71454 | 390 | 111.68 |
| Howard F. Kirklin & Rubye L. Kirklin<br>100 Kirklin Dr.<br>Montgomery, LA 71454 | 391 | 307.13 |

| Name/Address | Number | Amount |
|---|---|---|
| Eva Margaret Lang<br>1650A SE 1st St., & #035;99<br>Vancouver, WA 98684-9509 | 344 | 525.01 |
| Alvin M. Lawrence<br>P. O. Box 23<br>Libuse, LA 71348 | 451 | 13.96 |
| Lola R. & Ryland Hein<br>& Roger Lee<br>200 Cleco Drive<br>Apartment 102<br>Pineville, LA 71360 | 316 | 551.43 |
| Arthur A. & Charles D. & Leona Lewis<br>8500 Jackson Sq., Apt. 10 A<br>Shreveport, LA 71115 | 140 | 872.51 |
| Arthur A. & Charles D. & Leona Lewis<br>8500 Jackson Sq., Apt. 10 A<br>Shreveport, LA 71115 | 243 | 901.13 |
| Davis & Irma Loupe<br>1821 Manor Heights<br>Marrero, LA 70072 | 478 | 53.38 |
| Davis & Irma Loupe<br>1821 Manor Heights<br>Marrero, LA 70072 | 479 | 92.16 |
| Davis & Irma Loupe<br>1821 Manor Heights<br>Marrero, LA 70072 | 480 | 72.68 |
| Irma Loupe<br>1821 Manor Heights<br>Marrero, LA 70072 | 481 | 888.22 |
| Irma Loupe<br>1821 Manor Heights<br>Marrero, LA 70072 | 482 | 34.84 |
| James & Mary Alice Lynch<br>P. O. Box 12282<br>Alexandria, LA 71315 | 57 | 259.49 |
| James & Mary Malone<br>Route 2, Box 405<br>Plain Dealing, LA 71064 | 456 | 77.70 |
| Johnnie & Anna Martin<br>Route 2, Box E 18<br>Pitkin, LA 70656 | 467 | 977.21 |
| Olive D. Guidry and/or<br>Jessica G. Martin<br>Trustee for Amy M. Martin<br>206 Winfield Blvd.<br>Houma, LA 70360 | 49 | 87.95 |
| Virginia McFarland<br>Route 1, Box 680-C<br>Natchitoches, LA 71457 | 74 | 106.30 |
| Archie & Lillian McKnight<br>8325 Hwy, 28 East<br>Pineville, LA 71360 | 569 | 418.81 |
| E. M. &<br>Elsie McMullen<br>1118 Walnut Street<br>Deridder, LA 70634 | 25 | 26.06 |
| Frances F. Moreau<br>607 N. Lee Street<br>Marksville, LA 71351 | 447 | 61.42 |

| Name/Address | Number | Amount |
|---|---|---|
| Mavis W. Mosgrove<br>1833 Palmwood Dr.<br>Baton Rouge, LA 70816 | 261 | 83.76 |
| Kent John & Anna Norman<br>Route 1, Box 243<br>Hessmer, LA 71341 | 116 | 235.05 |
| S. P. Novoselsky for Jason Novoselsky<br>703 Windermere<br>Alexandria, LA 71301 | 37 | 46.13 |
| Alan & S. P. Novoselsky<br>703 Windermere<br>Alexandria, LA 71301 | 40 | 49.54 |
| S. P. Novoselsky for Stuart Novoselsky<br>703 Windermere<br>Alexandria, LA 71301 | 41 | 46.13 |
| Seth P. Novoselsky<br>703 Windermere<br>Alexandria, LA 71301 | 43 | 195.34 |
| Sybil Owqens & William Owens<br>Rt. 4, Box 818<br>Deridder, LA 70634 | 577 | 11.21 |
| Charles M. Parent<br>5911 Benjamin Street<br>Alexandria, LA 71301 | 626 | 279.20 |
| Jane M. Peak<br>Box 4764 Hwy 56<br>Chauvin, LA 70344 | 150 | 1,154.97 |
| O. B. and Alma W. Pylant<br>Route 4<br>Box 372<br>Winnsboro, LA 71295 | 28 | 279.21 |
| Chris Ward Reed<br>2675 Van Horn Ave.<br>Newfane, N. Y. 14109 | 196 | 24.01 |
| Aubon & Blanche Reynold<br>2723 West Main Street<br>Houma, LA 70360 | 175 | 1,407.19 |
| Alton A. & Doris B. Rock<br>5 C Theche<br>Morgan City, LA 70380 | 295 | 154.46 |
| Joseph M. and Lula Mae T. Rome<br>733 North Bayou Dr.<br>Golden Meadow, LA 70357 | 283 | 473.15 |
| Stanford &<br>Dorothy N. Russell<br>506 Cox Street<br>Bastrop, LA 71220 | 334 | 360.34 |
| Ronald L. & Gay M. Smith<br>2356 Laurelwood Drive<br>Baton Rouge, LA 70816 | 525 | 104.00 |
| Orville R. & Betty L. Spell<br>Route 2, Box 235<br>Chestnut, LA 71070 | 82 | 279.20 |
| Orville R. & Betty L. Spell<br>Route 2, Box 235<br>Chestnut, LA 71070 | 216 | 279.20 |
| Orville R. & Betty L. Spell<br>Route 2, Box 235<br>Chestnut, LA 71070 | 217 | 1,396.02 |

| Name / Address | | |
|---|---|---|
| William C. & Ella F. Srite<br>Walt Dallas<br>401 E. Capitol St.<br>Suite 202<br>Jackson, MS 39021 | 282 | 159.15 |
| Walton J. Theriot and<br>Clarise R. Theriot<br>1609 Dularge Rd.<br>Theriot, LA 70397 | 4 | 108.02 |
| Dena M. Todd<br>307 Hellier<br>Houma, LA 70809 | 172 | 20.94 |
| Barbara M. Toups<br>Rt. 3 Box 468<br>133 West 58th St.<br>Cut Off, LA 70345 | 66 | 30.21 |
| W. Donald & Edell B. Turner<br>404 North King St.<br>Winnfield, LA 71483 | 428 | 297.35 |
| Eleanor S. Vallee<br>837 Parkway Dr.<br>Natchitoches, LA 71457 | 94 | 502.57 |
| Ivel C. Wagner<br>P. O. Box 427<br>Jena, LA 71343 | 459 | 755.85 |
| Robert C. Wagner<br>5208 Fieldcrest Ave.<br>Alexandria, LA 71303 | 396 | 284.63 |
| Robert L. Wallis, Sr.<br>10950 Darryl Dr. &#035;17<br>Baton Rouge, LA 70815 | 190 | 213.87 |
| David H. Ward<br>2531 Comet St.<br>New Orleans, LA 70131 | 194 | 55.84 |
| David H. Ward<br>2531 Comet St.<br>New Orleans, LA 70131 | 200 | 83.76 |
| David H. Ward<br>2531 Comet St.<br>New Orleans, LA 70131 | 198 | 24.01 |
| Sandra Jeanne Ward<br>2531 Comet St.<br>New Orleans, LA 70131 | 199 | 23.73 |
| Katherine Pi Wiggins<br>1009 Percy St.<br>Winsboro, LA 71295 | 20 | 30.57 |
| T. V. &/or Stella Wiles<br>Rt. 1 Box 132<br>Grayson, LA 71295 | 512 | 69.80 |
| Will G. & Sadie T. Williams<br>310 Wildwood<br>Houma, LA 70360 | 342 | 863.78 |
| Jerry A. and<br>Elizabeth B. Wyatt<br>Rt. 1 Box 22A<br>Pitkin, LA 78656 | 419 | 69.80 |
| Georgia C. Young<br>4603 Heyman Lane, Apt. 117<br>Alexandria, LA 71303 | 578 | 69.80 |

| Name/Address | Number | Amount |
|---|---|---|
| Kenneth M. Woods, Jr.<br>209 Estate Drive<br>Houma, LA 70360 | 646 | 60.01 |
| Kenneth M. and Cathleen S. Woods, Sr.<br>Trustee's for Kenneth M. Woods, Jr.<br>209 Estate Drive<br>Houma, LA 70360 | 651 | 139.39 |
| Kenneth M. and Cathleen S. Woods, Sr.<br>Trustee's for Kenneth M. Woods, Jr.<br>209 Estate Drive<br>Houma, LA 70360 | 652 | 139.39 |
| Kenneth M. and Cathleen S. Woods, Sr.<br>Trustees for Alison M. Woods<br>209 Estate Drive<br>Houma, LA 70360 | 653 | 139.40 |
| Kenneth M. and<br>Cathleen S. Woods, Sr.<br>209 Estate Drive<br>Houma, LA 70360 | 654 | 999.52 |
| Harry N. & Eona C. Kimbrell<br>6824 Shreveport Highway<br>Pineville, LA 71360 | 22 | 310.44 |
| Levy & Flossie Guilbeau<br>7832 Prescott Road<br>Baton Rouge, LA 70812 | 71 | 13.96 |
| Gary L. & Joyce M. Baillio<br>340 Magellan Pass<br>Boyce, LA 71409 | 48 | 38.32 |
| John & Evie Fletcher<br>Rte. 3, Box 241<br>Winnsboro, LA 71295 | 75 | 28.52 |
| Kenneth E. Bohnenstiehl, Sr.<br>3120 Green Acres Road<br>Metairie, LA 70003 | 78 | 111.68 |
| J. Curley & Earline Mouton<br>1714 So. Gibbs Lane<br>New Iberia, LA 70560 | 76 | 33.62 |
| Marie Knight<br>P. O. Box 906<br>Alexandria, LA 71309 | 336 | 91.08 |
| D. Reed & E. Od'nl, Jr.<br>S. Sptsvle, Jr.<br>2915 Locust Street<br>Alexandria, LA 71302 | 319 | 349.01 |
| Carl & Kathleen Hartzog<br>P. O. Box 416<br>McCaysville, GA 30555 | 371 | 279.20 |
| H. W. Armstrong Christine, Jr.<br>Rte. 1, Box 83<br>Winnsboro, LA 71295 | 620 | 15.64 |
| Allen J. Martha Hebert<br>9315 Belle Park Drive<br>Houston, TX 77099 | 581 | 43.28 |
| Gary L. & Joyce M. Baillio<br>340 Magellan Pass<br>Boyce, LA 71409 | 624 | 61.36 |
| Gary L. & Joyce M. Baillio<br>340 Magellan Pass<br>Boyce, LA 71409 | 623 | 209.82 |

| Name/Address | | |
|---|---|---|
| Mary P. Ducote<br>P. O. Box 312<br>Cottonprot, LA 71327 | 625 | 34.90 |
| Tana L. Orgeron<br>421 Avenue I<br>Marrero, LA 70072 | 694 | 18.87 |
| Grover & Judy Cornwell<br>211 River Oak Drive<br>Luling, LA 70070 | 682 | 153.03 |
| Osom V. & Ruth Chevallier, Jr.<br>34 Shelby Smith Road<br>Deville, LA 71328 | 539 | 139.26 |
| Lola Bell Welsh<br>8541 Parkdale Drive<br>Shreveport, LA 71108 | 468 | 125.48 |
| Darthon V. and Betty M. Wells<br>5210 Lisa Street<br>Alexandria, LA 71301 | 401 | 698.02 |
| Allie Mae Duncan<br>8243 Hwy. 1 South<br>Alex, LA 71302 | 400 | 219.18 |
| Carolyn R. Simpson<br>602 East California Street<br>Ruston, LA 71270 | 418 | 860.33 |
| Carolyn R. Simpson<br>602 East California Street<br>Ruston, LA 71270 | 417 | 516.19 |
| David George<br>P. O. Box 1071<br>Lake Charles, LA 70602 | 439 | 1,396.02 |
| Maydean and Renee Aymond<br>5516 Jeff Davis<br>Alexandria, LA 71301 | 454 | 246.19 |
| Howard F. Kirklin<br>& Rubye L. Kirklin<br>100 Kirklin Drive<br>Montgomery, LA 71454 | 440 | 307.12 |
| Dean & Lucille Harberts<br>1329 Oden Street<br>Shreveport, LA 71104 | 288 | 435.26 |
| Maggie B. McDaniel<br>1710 Military Highway<br>Pineville, LA 71360 | 294 | 254.84 |
| W. H. & Doris G. Hill<br>Route 2, Box 84<br>Logansport, LA 71049 | 234 | 155.81 |
| Charles R. &<br>Clodell McBee<br>5374 Prentiss Street<br>Shreveport, LA 71108 | 307 | 837.61 |
| David H. Ward, Jr.<br>4543 Port Royal Circle<br>Memphis, TN 38125 | 197 | 24.01 |
| Brien R. Stevens<br>305 Gordon Street<br>DeQuincy, LA 70633 | 101 | 12.06 |
| Gary L. & Joyce M. Baillio<br>340 Magellan Pass<br>Boyce, LA 71409 | 47 | 69.80 |

| Marian E. Eachet
914 Bayou Blue Road
Houma, LA 70354 | 167 | 216.74 |
| Blanche F. Marler
c/o Michael T. Johnson
709 Versailles Boulevard
Alexandria, LA 71309 | 21 | 163.10 |
| Elbie J. & Elaine M. Leblanc
307 Hellier Avenue
Houma, LA 70360 | 173 | 626.84 |

Thanking you in advance for your assistance in this matter, I am,

Very truly yours,

*Robert L. Marrero*

**Robert L. Marrero**
Chapter 7 Trustee

RLM  cek
Enclosure: 1 check #480

9