UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**PUBLIC INVESTORS, INC.**

DEBTOR(S)

**BANKRUPTCY NO.**
**91-11228**
**SECTION "B"**
CHAPTER 7

## ORDER

The Court has considered the Motion for Payment of Unclaimed Funds filed by Gwendolyn Leblanc Sheffield and Dena LeBlanc Todd at the following address: 3911 Country Drive, Bourg, LA 70343-3603, requesting payment of unclaimed funds in the amount of $626.84. The motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that the motion for payment of unclaimed funds is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to the Gwendolyn Leblanc Sheffield and Dena LeBlanc Todd in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, April 12, 2010

JERRY A. BROWN
BANKRUPTCY JUDGE